AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| MOROCCANOIL, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-06489 |
| TAL SARAH ESHKOLI, and ESHKOLI PROMOTIONS & PRODUCTIONS LTD. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESHKOLI PROMOTIONS & PRODUCTIONS LTD.
16 El Salvador St., Flat 57,
Jerusalem

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Guy Yonay
Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway, 12th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **08/18/2020**

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-06489

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ESHKOLI PROMOTIONS & Production
was received by me on *(date)* August 19, 2020 + August 20, 2020    LTd.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because I didn't find anyone at    ; or
☐ Other *(specify):*  the above address despite several visits;
on August 19, 2020 at 17; 15, 20; 18
and 22; 05 and on August 20, 2020 at

My fees are $ _____ for travel and $ 297 for services, for a total of $ 347 ₪29
+50 VAT

I declare under penalty of perjury that this information is true.

Date: August 27, 2020

_____
Server's signature

Oren Yaacov
Printed name and title

Hashichrur 10 Ranat gan
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | | |
|---|---|---|
| MOROCCANOIL, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:20-cv-06489 |
| | ) | |
| TAL SARAH ESHKOLI, and ESHKOLI | ) | |
| PROMOTIONS & PRODUCTIONS LTD. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESHKOLI PROMOTIONS & PRODUCTIONS LTD.
16 El Salvador St., Flat 57,
Jerusalem

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Guy Yonay
Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway, 12th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     08/18/2020

*/s/D.Howie*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-06489

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ESHKOLI Promotions & Productions Ltd.

was received by me on *(date)* August 20, 2020 and   August 21, 2020

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because I didn't find anyone at or

☐ Other *(specify):* the above address despite several visits;
on August 20, 2020 at 20:4a and on
August 21, 2020 at 13:15

My fees are $ _____ for travel and $ 45 for services, for a total of $ 53 .
                                        + 8 VAT

I declare under penalty of perjury that this information is true.

Date: August 27, 2020                    SONY GALANTI
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                  GORDON 22 YHEUD
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| MOROCCANOIL, INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:20-cv-06489 |
| TAL SARAH ESHKOLI, and ESHKOLI | ) | |
| PROMOTIONS & PRODUCTIONS LTD. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ESHKOLI PROMOTIONS & PRODUCTIONS LTD.
16 El Salvador St., Flat 57,
Jerusalem

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Guy Yonay
Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway, 12th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **08/18/2020**

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:20-cv-06489

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ESHKOLI Promotions & Productions LTD.
was received by me on *(date)*   August 23, 2020

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I didn't find anyone at the above address and I left the summons on the external part of the door (picture is enclosed) at 09:11

My fees are $ _____ for travel and $ 22 for services, for a total of $ 26 .
                                                  + 4 VAT

I declare under penalty of perjury that this information is true.

Date:   August 27, 2020

_____
*Server's signature*

SONY CAPLANE
*Printed name and title*

GORDON 22 YHOUD
*Server's address*

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| MOROCCANOIL, INC. <br><br> *Plaintiff(s)* <br> v. <br> TAL SARAH ESHKOLI, and ESHKOLI PROMOTIONS & PRODUCTIONS LTD. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:20-cv-06489 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TAL SARAH ESHKOLI
16 El Salvador St., Flat 57,
Jerusalem

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Guy Yonay
Pearl Cohen Zedek Latzer Baratz LLP
1500 Broadway, 12th Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   08/18/2020

*/s/ D. Howie*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:20-cv-06489

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MS. TAL SARAH ESHKULI

was received by me on *(date)*  August 24, 2020

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I didn't find anyone at the above
address and I glued the summons on
the external part of the door (picture is
at 08:03   enclosed)

My fees are $ _____ for travel and $  45+8 VAT  for services, for a total of $  53
In my visit the summons left a day before were
not there.

I declare under penalty of perjury that this information is true.

Date:  26/8/20

Server's signature

ITAMAR EDRI

Printed name and title

Even gviro) 152 TLV

Server's address

Additional information regarding attempted service, etc:

