**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MOROCCANOLI, INC.,** | |
| Plaintiffs, | |
| -against- | **20-cv-6489 (ALC)** |
| **TAL SARAH ESHKOLI ET AL,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

    Defendants request a pre-motion conference in anticipation of a motion to dismiss the complaint. Plaintiff shall respond by November 18, 2020.

**SO ORDERED.**

**Dated**:   November 16, 2020
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 16, 2020